Opinion issued April 25, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00075-CV

____________


JACQUES DOMINITZ, Appellant


V.


MERRILL LYNCH, PIERCE FENNER & SMITH, INC., FRED WHITLOCK,
AND REGISTRAR & TRANSFER COMPANY, Appellees






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2000-24024






O P I N I O N

 The parties have filed a joint motion to dismiss their appeal. Accordingly, the
motion is granted, and the appeal is dismissed with prejudice to refiling same. Tex.
R. App. P. 42.1(a). All other pending motions in this appeal are overruled as moot. 
The Clerk is directed to issue mandate within 10 days of the date of this opinion. 
Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Taft and Radack.

Do not publish. Tex. R. App. P. 47.